**BELL'S BREWERY, INC., Appellant,**

v.

**BELL HILL VINEYARDS, LLC, Appellee.**

No. 2010–1280.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2010.

Bruce R. Ewing, Dorsey & Whitney, LLP, of New York, NY, argued for appellant.

Philip C. Olsson, Olsson Frank Weeda Terman Bode Matz, PC, of Washington, DC, argued for appellee. With him on the brief was Gary H. Baise.

LINN, PLAGER, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**